AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GWENDOLYN Y. GALLMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **CASE NO. 7:14-CV-14-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on September 18, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 18, 2014**, AND A COPY MAILED TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


September 18, 2014                                    JULIE A. RICHARDS, Clerk
Date                                                      *Eastern District of North Carolina*

                                                                          /s/ Susan W. Tripp
*New Bern, North Carolina*                               *(By) Deputy Clerk*