IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No.7:14-cv-00014-D

GWENDOLYN GALLMAN          )
                          )
Plaintiff,                )
                          )
CAROLYN W. COLVIN,        )  ORDER
Acting Commissioner of    )
Social Security,          )
                          )
Defendant.                )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of

the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,045.50. Attorney's fees under

section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C.

§ 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412, in the amount of $ 3,237.50 (D.E. #25).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789

(2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the

amount of $ 8,045.50, and refund to Plaintiff the smaller award between this amount and

the EAJA award.

SO ORDERED. This **21** day of November 2016.

_____
JAMES C. DEVER III
Chief United States District Judge