UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

GWENDOLYN GALLMAN, )
        Plaintiff, )
  ) **JUDGMENT IN A CIVIL CASE**
  v. )
  ) **CASE NO. 7:14-CV-14-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $8,045.50, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on November 21, 2016, and Copies To:**
Charlotte Williams Hall         (via CM/ECF Notice of Electronic Filing)

Wanda D. Mason         (via CM/ECF Notice of Electronic Filing)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
November 21, 2016     (By) /s/ Nicole Briggeman
        Deputy Clerk